United States District Court
District of Connecticut
FILED AT HARTFORD

12/1 ,20 25

By_____SD_____
Deputy Clerk

# Complaint

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Justin Young

2141 Moon Dr

Conyers, GA 30094

Phone: 943-216-7607

Plaintiff,

v.

State of Connecticut Department of Social Services (DSS)

and DSS Worker Justin Trzaskos,

Defendants.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(42 U.S.C. §1983 – 14th Amendment Due Process)

[Complaint text condensed for packet]

This lawsuit alleges violations of the 14th Amendment due process rights after DSS froze Plaintiff's bank account on October 30th, 2025, without written notice or opportunity to be heard.

Plaintiff seeks compensatory damages, punitive damages, injunctive relief, and all other lawful remedies.